# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

AMANDA WALSTON,

    Plaintiff,

v.                                                                            No. 1:19-cv-00776-KRS-JFR

BORDER CITY TRANSPORTATION LLC,
and JESUS VILLA,

    Defendants.

## ORDER SETTING TRIAL SCHEDULING CONFERENCE

**THIS MATTER** comes before the Court *sua sponte*. Having reviewed the record, the Court hereby sets a telephonic conference for **November 19, 2019 at 3:00 p.m.** to discuss the scheduling and location of trial and other significant pre-trial hearings. The parties shall call **(888) 398-2342** and enter access code **8193818** to connect to the proceedings.

    **IT IS SO ORDERED.**

                                                           _____
                                                           KEVIN R. SWEAZEA
                                                           UNITED STATES MAGISTRATE JUDGE