IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

AMANDA WALSTON,

        Plaintiff,

v.                                  No. 19-CV-776 KRS/JFR

BORDER CITY TRANSPORTATION, LLC,
and JESUS VILLA,

        Defendants.

## ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE

      This matter comes before the Court on the parties' Joint Motion to Dismiss with Prejudice. The Court finds that the Motion is well-taken and this matter is dismissed with prejudice, with each side to bear their own costs and fees.

                                      HON. KEVIN R. SWEAZEA
                                      UNITED STATES MAGISTRATE JUDGE

*Submitted by:*

**HARTLINE BARGER, LLP**

By: */s/ Mary E. Jones*
Laura K. Vega
Mary E. Jones
500 Marquette NW, Suite 770
Albuquerque, NM 87102
Phone: (505) 336-5305
MJones@hartlinebarger.com

Donald A. DeCandia
141 E. Palace Avenue
Garden Level, Suite 2
Santa Fe, NM 87501

Phone: 505-336-5291
ddecandia@hartlinebarger.com
*Attorneys for Defendants Border City Transportation, LLC, and Jesus Villa*

*Approved by:*

*/s/ Charlotte Itoh, via email 3/27/2020*
**THE FINE LAW FIRM**
David M. Fine
Charlotte L. Itoh
220 9th St. NW
Albuquerque, NM 87102
(505) 243-4541
Email:  david@thefinelawfirm.com
             charlotte@thefinelawfirm.com
*Attorneys for Plaintiff Amanda Walston*